# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SALAS, ESTHER | US DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY | 09/21/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES DISTRICT JUDGE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

MARTIN LUTHER KING, JR., FEDERAL BUILDING AND U.S. COURTHOUSE
50 WALNUT ST.
NEWARK NJ 07102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SALAS, ESTHER | 09/21/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | SHAREHOLDER, ANDERL & OAKLEY PC, ATTORNEY - SALARY |
| 2. | 2017 | SHAREHOLDER, ANDERL & OAKLEY PC, ATTORNEY - S CORP |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SALAS, ESTHER** | 09/21/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SALAS, ESTHER | 09/21/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ANDERL & OAKLEY PC | A | Dividend | M | V | | | | | |
| 2. ANDERL & OAKLEY PC (SIMPLE) IRA #1 (H) | | | | | | | | | |
| 3. -OPPENHEIMER GOVERNMENT MONEY MARKET FUND CL A (X) | A | Dividend | K | T | Buy (add'l) | 02/02/17 | J | | |
| 4. | | | | | Buy (add'l) | 02/02/17 | J | | |
| 5. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 6. | | | | | Redeemed (part) | 05/02/17 | J | | |
| 7. | | | | | Redeemed (part) | 05/02/17 | J | | |
| 8. | | | | | Redeemed (part) | 05/02/17 | J | | |
| 9. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 10. -OPPENHEIMER EQUITY FUND CL A | B | Dividend | L | T | | | | | |
| 11. -OPPENHEIMER EQUITY FUND CL B | A | Dividend | J | T | | | | | |
| 12. -OPPENHEIMER MAIN STREET FUND CL A | E | Dividend | M | T | Buy (add'l) | 01/03/17 | J | | |
| 13. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 14. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 15. | | | | | Buy (add'l) | 03/16/17 | L | | |
| 16. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 17. | | | | | Buy (add'l) | 05/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SALAS, ESTHER | 09/21/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed (part) | 05/02/17 | J | | |
| 19. | | | | | Redeemed (part) | 05/02/17 | J | | |
| 20. | | | | | Redeemed (part) | 05/02/17 | J | | |
| 21. | | | | | Redeemed (part) | 05/02/17 | J | | |
| 22. | | | | | Redeemed (part) | 05/02/17 | J | | |
| 23. | | | | | Redeemed (part) | 05/02/17 | J | | |
| 24. | | | | | Redeemed (part) | 05/02/17 | J | | |
| 25. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 26. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 27. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 28. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 29. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 30. -OPPENHEIMER MAIN STREET FUND CL B | A | Dividend | J | T | Redeemed (part) | 01/03/17 | J | | |
| 31. | | | | | Redeemed (part) | 02/01/17 | J | | |
| 32. | | | | | Redeemed (part) | 03/01/17 | J | | |
| 33. | | | | | Buy (add'l) | 03/16/17 | J | | |
| 34. | | | | | Redeemed (part) | 04/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SALAS, ESTHER | 09/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Redeemed (part) | 05/01/17 | J | | |
| 36. | | | | | Redeemed (part) | 06/01/17 | J | | |
| 37. | | | | | Redeemed (part) | 07/03/17 | J | | |
| 38. | | | | | Redeemed (part) | 09/01/17 | J | | |
| 39. | | | | | Redeemed (part) | 11/01/17 | J | | |
| 40. | | | | | Redeemed (part) | 12/01/17 | J | | |
| 41. -OPPENHEIMER GLOBAL OPPORTUNITIES FUND CL A | A | Dividend | K | T | Buy (add'l) | 05/02/17 | J | | |
| 42. -OPPENHEIMER RISING DIVIDENDS FUND CL A | B | Dividend | K | T | Buy (add'l) | 05/02/17 | J | | |
| 43. -OPPENHEIMER MID CAP VALUE FUND CLASS A | A | Dividend | J | T | Buy (add'l) | 05/02/17 | J | | |
| 44. -OPPENHEIMER GOLD & SPECIAL MINERALS FUND CL A | A | Dividend | J | T | Buy (add'l) | 05/02/17 | J | | |
| 45. -OPPENHEIMER REAL ESTATE FUND CL A | A | Dividend | J | T | Buy (add'l) | 05/02/17 | J | | |
| 46. -OPPENHEIMER DEVELOPING MARKETS FUND CL A | A | Dividend | K | T | Buy (add'l) | 05/02/17 | J | | |
| 47. -OPPENHEIMER INTERNATIONAL SMALL-MID COMPANY FUND CL A | A | Dividend | K | T | Buy (add'l) | 05/02/17 | J | | |
| 48. -OPPENHEIMER MAIN STREET MID CAP FUND CL A | B | Dividend | J | T | Buy (add'l) | 05/02/17 | J | | |
| 49. -OPPENHEIMER MAIN STREET SMALL CAP FUND CL A | A | Dividend | J | T | Buy (add'l) | 05/02/17 | J | | |
| 50. -OPPENHEIMER SMALL CAP VALUE FUND CL A | A | Dividend | J | T | Buy (add'l) | 05/02/17 | J | | |
| 51. AMERICAN FUNDS-EUROPAC GROWTH FUND A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SALAS, ESTHER | 09/21/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMERICAN FUNDS-THE GROWTH FUND OF AMERICA A | A | Dividend | J | T | | | | | |
| 53. AMERICAN FUNDS-SMALLCAP WORLD FUND A | A | Dividend | J | T | | | | | |
| 54. AMERICAN FUNDS-FUNDAMENTAL INVESTORS A | A | Dividend | J | T | | | | | |
| 55. AMERICAN FUNDS-CAPITAL WORLD GROWTH AND INCOME FUND A | A | Dividend | J | T | | | | | |
| 56. AMERICAN FUNDS-AMERICAN BALANCED FUND A | A | Dividend | J | T | | | | | |
| 57. PNC BANK (CHECKING) | A | Interest | J | T | | | | | |
| 58. PNC BANK (SAVINGS) | A | Interest | J | T | | | | | |
| 59. PNC BANK (CHECKING) | | None | J | T | | | | | |
| 60. FRANKLIN TEMPLETON 529 COLLEGE SAVINGS PLAN (H) | | | | | | | | | |
| 61. -FRANKLIN GROWTH 529 PORTFOLIO-CLASS C | | None | K | T | | | | | |
| 62. -FRANKLIN SMALL MID CAP GROWTH 529 PORTFOLIO-CLASS C | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. INVESTMENTS AND TRUSTS

LINE 1 - ANDERL & OAKLEY PC - VALUE OF SPOUSE'S 50% INTEREST IN HIS LEGAL PRACTICE IS ESTIMATED TO BE 50% OF THE 2017 TOTAL REVENUES EARNED BY THE CORPORATION.

LINE 3- OPPENHEIMER GOVERNMENT MONEY MARKET FUND CL A WAS INADVERTENTLY EXCLUDED FROM THE 2016 REPORT. THIS ACCOUNT IS USED AS A HOLDING ACCOUNT FOR THE SIMPLE IRA CONTRIBUTIONS PRIOR TO INVESTMENT IN THE UNDERLYING STOCK MUTUAL FUNDS.

LINES 51,52, & 53 - FRANKLIN TEMPLETON INVESTMENTS 529 PLAN - THERE IS NO INCOME ATTRIBUTABLE TO THIS ACCOUNT BECAUSE FRANKLIN TEMPLETON 529 PLANS DO NOT DISTRIBUTE DIVIDENDS OR CAPITAL GAINS.

| Name of Person Reporting | Date of Report |
|---|---|
| SALAS, ESTHER | 09/21/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ ESTHER SALAS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544